83,192-01

# I
## INTRODUCTION PROCEDURAL HISTORY

A. ON 2015 APPLICANT FILED HIS INITIAL 11.07 WRIT APPLICATION ALLEGING "10" APPLICANT OBJECTS TO THE TRIAL HABEAS COURTS DETERMINATION IN GROUNDS 2, 5, 4, 9, 10 FOR THE FOLLOWING REASON;

### OBJECTION # ONE.

THE TRIAL HABEAS COURT ERRONEOUSLY ACCEPTED THE TRIAL ATTORNEYS AFFIDAVIT CONCERNING THE PLEA OFFER TO DENY RELIEF, WHICH IS UNREASONABLE AND CONTRARY TO UNITED STATES SUPREME COURT LAW RENDERED IN MISSOURI V. FRYE 132 S. Ct. 1399; 182 L.ED 2d 379; 2012 US LEXIS 2321; 80 U.S. LW 4253; 23 FLA. L. WEEKLY FED. S 198,

### ARGUMENT

IN FRYE AT 389-85 THE HONORABLE JUDGE MADE THE FOLLOWING CONCLUSTION CONCERING PLEA OFFERS, 2. AS A GENERAL RULE, DEFENSE COUNSEL HAS THE DUTY TO ACCEPT A PLEA ON TERMS AND CONDITIONS THAT MAY BE FAVORABLE TO THE ACCUSED. ANY EXCEPTIONS TO THIS RULE NEED NOT BE ADDRESSED HERE, FORE THE OFFER WAS A FORMAL ONE WITH A FIXED EXPIRATION DATE. STANDARDS FOR PROMPT COMMUNICATION AND CONSULTATION RECOMMENDED BY THE AMERICAN BAR ASSOCIATION AND ADOPTED BY NUMEROUS STATES AND FEDERAL COURTS THOUGH NOT DETERMINATIVE, SERVE AS IMPORTANT GUIDES. THE PROSECUTION AND TRIAL COURTS MAY ADOPT MEASURES TO HELP ENSURE AGAINST LATE, FRI-VOLOUS, OR FABRICATED. SECOND, STATES MAY REQUIRE THAT ALL OFFERS BE IN WRITING.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 14 2015

Abel Acosta, Clerk

**THIRD.**

FORMAL OFFERS CAN BE MADE PART OF THE RECORD AT ANY SUBSEQUENT (182 L.ED.2d 385) PLEA PROCEEDING OR BEFORE TRIAL TO ENSURE THAT A DEFENDANT HAS BEEN FULLY ADVISED BEFORE THE LATER PROCEEDINGS COMMENCE. HERE, AS THE RESULT OF COUNSELS DEFICIENT PERFORMANCE. THE OFFERS LAPSED. UNDER, STRICKLAND, THE QUESTION THEN BECOMES WHAT, IF ANY, PREJUDICE RESULTED FROM THE BREACH OF DUTY..

THEREFORE, APPLICANT RESPECTFULLY REQUEST THIS HONORABLE COURT TO BE MINDFUL, AND TAKE JUDICIAL NOTICE OF THE UNITED STATES SUPREME COURTS PRECEDENT SET FORTH IN FRYE 2d 379 THAT ANY PLEA OFFER MUST BE MADE APART OF THE RECORD TO SUBSTAIN- IATE ANY COUSELS CLAIM THAT HE INFORMED HIS OFFER WITH OF BEING IN THE RECORD.

AN AFFIDAVIT IS INVALIDALE TO UNDER- MINDING APPLICANT I.O.C CLAIM, WHORTON V. BOCKTING 127 S.Ct.1173 2007. SUPREME COURTS FOR NEW RULE ANNOUNCED IN SUPREME COURT DECISION TO "ALTER COURTS" UNDERSTANDING OF BEDROCK PROCEEDING;" AS REQUIRED FOR IT TO QUALIFY AS "WATERSHED RULE" OF CRIMINAL PROCEDURE, SUCH AS MAY BE APPLIED RETROACTIVELY ON COLLATERAL REVIEW, IT IS NOT ENOUGH THAT THIS NEW PROCEDURAL RULE IS "FUNDAMENTAL" IN SOME ABSTRACT SENSE. BUT AS A "BEDROCK" RIGHT,...

## NECESSITY FOR EVIDENTIARY HEARING

IN THE INSTANT CASE THE FACTS CLEARLY SHOW THAT THE TRIAL HABEAS COURT JUDGE WAS DIFFERENT THAT THE TRIAL JUDGE. FOR THE JUDGE TO RENDER ANY SUCH DECISION WITHOUT CONDUCTING AN EVIDENTIARY HEARING, WOULD BE UNREASONABLE. BECAUSE THE HABEAS JUDGE HAS NO PRIOR KNOWLEDGE OF THE CASE, AND IF HAS BEEN HELD IN "PERILLO V. JOHNSON, 79 F. 3d 441, 444 (5th CIR, 1996),

WHEN THERE IS A FACTUAL DISPUTE (THAT) IF RESOLVED IN PETITIONERS FAVOR; WOULD ENTITLE (HER) TO RELIEF AND THE STATE HAS NOT AFFORD THE PETITIONER A FULL AND FAIR EVIDENTIARY HEARING", A FEDERAL HABEAS CORPUS PETITIONARY IS ENTITLED TO .... AN EVIDENTIARY HEARING 2d. WARD V. WHIFLEY, 21 F. 3d 1355, 1307 (5th CR. 1994).

THE COURT FURTHER STATE IN THIS AREA "BECAUSE JUDGE STEIB COULD NOT SUPPLEMENT THE AFFIDAVITS", AMOS, 61 F. 3d AT 367.

APPLYING THE ABOVE CIRCUMSTANCE TO APPLICANTS CIRCUMSTANCE THE TRIAL AND HABEAS JUDGE WERE DIFFERENT, APPLICANT CONTENDS HIS EVIDENTIARY HEARING BY AFFIDAVIT IS NOT RELIABLE, AND SHOULD ENTITLE HIM TO A LIVE EVIDENTIARY HEARING TO DEVELOP A RECORD ON THE UNDER- LYING CLAIM.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, APPLICANT PRAY IN THE INTEREST OF JUSTICE, THE HONORABLE COURT WILL APPLY THE U.S. SUPREME COURTS PRECEDENT IN. MISSOURI V. FRYE, 132 S. Ct. 1399, 182 L.Ed. 2d 379, 2012,. AND GRANT RELIEF TO APPLICANT OF A SECOND CHANCE PLEA OFFER OPPORTUNITY, BASE ON TRIAL COUNSEL'S INEFFECTIVENESS..

RESPECTFULLY SUBMITTED

Carl Tennison #1749031

## DECLARATION

I, CARL LESTER TENNISON, DO DECLARE UNDER PENALTY OF PERJURY THAT, THE FOREGOING ABOVE STATED FORMATION IS TRUE AND CORRECT.
EXECUTED THIS ___ DAY OF _____

Carl Tennison

SIGNATURE OF AFFIANT